

## The Law Firm of
## Borrell & Riso, L.L.P.
Attorneys and Counselors at Law
1500 Hylan Boulevard
Staten Island, New York 10305
(718) 667-8600
Fax: (718) 980-1741
www.borrellandriso.com
E-mail: borrellandriso@earthlink.net

Jeffrey F.P. Borrell *
John Riso **

* Licensed to Practice in New York, PA and Colorado*
** Licensed to Practice in New York and New Jersey

Brooklyn Office:
266 Smith Street
Brooklyn, N.Y. 11231

**(Via ECF)**

June 3, 2015

United States Court of Appeals
 For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Attention: Office of the Clerk

Re: **Steven Reginella, et al. v. Target Corporation**
    **Case No. 15-1589**

Dear Sir/Madam:

In regard to the above-referenced matter, we represent the Appellant and our Brief will be due on August 21, 2015, which represents 91 days from the date of the last transcript filed.

Thanking you in advance for your cooperation. If you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

Jeffrey F. Borrell

JFB/jai

cc: Connors & Connors, P.C.
    Attorneys for Defendant
    Target Corporation
    766 Castleton Avenue
    Staten Island, NY 10310